FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 18, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JORDAN J. FRANKLIN, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>J.R. SIMPLOT COMPANY, and UNKNOWN JOHN DOES,<br><br>　　　　　　　Defendants. | NO: 2:24-CV-0044-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Amend Complaint and Motion to Remand. ECF No. 14. The Court has reviewed the record and files herein and is fully informed.

The parties agree that Plaintiff should be allowed to amend his complaint which would then destroy this Court's jurisdiction. The parties seek a remand to state court. However, this case was never filed in state court and this Court cannot

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

remand the case.  The Court contacted the parties and it appears that the case should be dismissed without prejudice so that Plaintiff may file a new complaint in state court.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Amend Complaint and Motion to Remand, ECF No. 14, is **GRANTED** in part.

2. This action is **DISMISSED without prejudice** and without fees or costs to any party.

3. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal without prejudice, furnish copies to counsel, and **CLOSE** the file.

DATED July 18, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2